UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| GABRIELLE & ELIJAH SMITH, minor children of GLEN SMITH, by their mother, CHERI JANINE SMITH, and <br><br> CHERI JANINE SMITH, widow of GLEN SMITH, <br><br>     *Plaintiffs*, <br><br> v. <br><br> MARTY DUNN, individually, <br><br>     *Defendant*. | Case No. 1:03-cv-139 <br><br> Judge Mattice |

### ORDER

United States Magistrate Judge Susan K. Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). [Court Doc. No. 101.] Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS** that Plaintiffs' Second Motion to Amend [Court Doc. No. 96] is **DENIED**.

SO ORDERED this 11th day of April, 2006.

                                          *s/ Harry S. Mattice, Jr.*
                                          HARRY S. MATTICE, JR.
                                          UNITED STATES DISTRICT JUDGE